**AEE**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 31, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 679**

In the Matter of　　　　　　　　　　　　　　Case Number:

Veronika Nefedova vs.
Michael Chertoff, Secretary of the DHS; Emilio T. Gonzalez,
Director of the USCIS; Robert Blackwood, Chicago District
Director, USCIS; Robert S. Mueller, III, Director of FBI

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Veronika Nefedova

| | |
|---|---|
| NAME (Type or print) | |
| GENE MELTSER, ESQ. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ /s/ Gene Meltser | |
| FIRM | |
| Birg & Meltser | |
| STREET ADDRESS | |
| 570 Lake Cook Road, Suite 125 | |
| CITY/STATE/ZIP | |
| Deerfield, IL 60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6270933 | 847-444-9000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐