## United States District Court for the Northern District of Illinois

Case Number: 08cv679    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

_6_ Original and _0_ copies on _2-7-08_ as to office of the U.S.
                  (Date)
ATTNY; U.S. ATTNY GENERAL; ROBERT BLACKWOOD; ROBERT S. MUELLER, III;

MICHAEL CHERTOFF; EMILIO T. GONZALEZ

C:\wpwin80\docket\feeinfo.frm    03/14/05